UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| FIRSTLIGHT POWER RESOURCES SERVICES, LLC,<br>    *Plaintiff,*<br><br>v.<br><br>BALTIMORE GROUTING SERVICES, INC.,<br>    *Defendant,* | Civil Action No.: _____<br><br>**COMPLAINT**<br>**(Jury Trial Demanded)** |

Plaintiff FirstLight Power Resources Services, LLC ("FirstLight") states in its Complaint against Baltimore Grouting Services, Inc. ("BGS") as follows:

## PARTIES

1. FirstLight Power Resources Services, LLC ("FirstLight"), and its members, are Delaware companies with principal places of business in Massachusetts.

2. Third-Party Defendant Baltimore Grouting Services, Inc. ("BGS"), is a Maryland corporation with a principal place of business in Maryland.

## JURISDICTION AND VENUE

3. The Court has subject matter jurisdiction over the claims asserted by FirstLight against BGS pursuant to 28 U.S.C. § 1332 because FirstLight and BGS are citizens of different states, and the amount in controversy exceeds $75,000.

4. The Court has subject matter jurisdiction over the claims asserted by FirstLight against BGS pursuant to 28 U.S.C. 1333(1) because this is a civil action within the admiralty and maritime jurisdiction of the Court.

5. The Court has personal jurisdiction over BGS because BGS has consented to jurisdiction in Massachusetts.

6. Venue is proper in this judicial district because BGS has consented to venue in Massachusetts.

## FACTS

7. At all times relevant to the allegations in this complaint, FirstLight was the owner of a 1991 Pontoon Vessel – Debris Skimmer ("the Vessel").

8. FirstLight used the Vessel to remove debris from water during skimming operations.

9. In March 2017, FirstLight retained BGS to provide material, labor, equipment, and services relating to repairing the hull of the Vessel.

10. On April 21, 2017, BGS performed repairs on the Vessel, by injecting foam into the hull of the Vessel.

11. FirstLight compensated BGS for the repairs in the amount of $31,468.97.

12. On April 30, 2018, the Vessel was launched for the 2018 season.

13. On May 23, 2018, the Vessel capsized and sank.

14. Some time after the Vessel sank, FirstLight paid to have the Vessel raised from the water at a cost of $117,539.07.

15. FirstLight conducted an investigation to determine the cause of the Vessel sinking.

16. FirstLight learned that the foam BGS injected did not displace 100% of the volume of the pontoons in some of the compartments, which permitted pockets of water to accumulate and caused the Vessel to sink.

## COUNT I
## NEGLIGENT REPAIR

17. FirstLight reasserts and realleges each and every allegation in the preceding paragraphs of this Complaint as if set forth fully in this count of the Complaint.

18. BGS owed a duty to FirstLight to make repairs to the Vessel in a manner that left the Vessel suitable for skimming operations.

19. BGS breached its duty to FirstLight.

20. As a direct and proximate result of BGS's breach of duty to FirstLight, FirstLight has suffered, is suffering, and will continue to suffer substantial damages.

## COUNT II
## BREACH OF CONTRACT

21. FirstLight reasserts and incorporates herein each and every allegation in the preceding paragraphs of this Complaint as if set forth fully in this count of the Complaint.

22. A valid and enforceable contract exists between FirstLight and BGS.

23. FirstLight completed all of its obligations under the Contract.

24. BGS materially breached the Contract.

25. As a direct and proximate result of BGS's breaches, FirstLight has suffered, is suffering, and will continue to suffer substantial damages in an amount to be determined at trial.

## COUNT III
## BREACH OF WARRANTY AS TO PROFESSIONAL SERVICES

26. FirstLight incorporates herein by reference the allegations contained in the preceding paragraphs.

27. BGS expressly and impliedly warranted, as a professional grouting, restoration, and repairs company, that its repair services would meet the professional standards of good quality and be free from defects and deficiencies.

28. BGS otherwise failed to meet its warranty as to professional services.

29. As a direct and proximate cause of BGS's breach of warranty, FirstLight has suffered, is suffering, and will continue to suffer substantial damages.

## COUNT IV
## UNJUST ENRICHMENT

30. FirstLight reasserts and incorporates herein each and every allegation in the preceding paragraphs of this Complaint as if set forth fully in this count of the Complaint.

31. FirstLight has conferred a benefit of monies to BGS.

32. FirstLight paid monies to BGS under circumstances pursuant to which FirstLight reasonably should have expected to receive the benefit of adequate repair services to the Vessel.

33. BGS failed to provide adequate repair services to the Vessel.

34. BGS has therefore been unjustly enriched through the receipt of such monies at the expense of FirstLight.

35. BGS has a legal and fiduciary duty to immediately repay monies paid to it by FirstLight.

## COUNT V
## PROMISSORY ESTOPPEL

36. Plaintiff reasserts and incorporates herein each and every allegation in the preceding paragraphs of this Complaint as if set forth fully in this count of the Complaint.

37. BGS made promises to FirstLight that it would services relating to the repair of FirstLight's Vessel.

38. FirstLight reasonably relied upon such promises made by BGS and paid monies to BGS.

4

39. BGS has received and enjoyed the benefits of monetary payments from FirstLight although it failed to provide acceptable services to FirstLight relating to the repair of the Vessel.

40. BGS's promises and FirstLight's reliance thereon resulted in detriment and damages to FirstLight, and First Light is entitled to recover damages in an amount to be proven at trial.

**WHEREFORE**, FirstLight asks this Court to enter Judgment in its favor and against BGS with respect to FirstLight's claims and award relief as follows:

    a. Money damages owed to FirstLight for damages directly and proximately caused by BGS's negligent repair of the Vessel, including the value of the Vessel;

    b. Money damages owed to FirstLight for the cost of raising the Vessel;

    c. Money damages equal to the amount FirstLight paid to BGS to repair the Vessel;

    d. Pre-judgment and post-judgment interest; and

    e. Any and all other relief to which FirstLight may be entitled.

## JURY DEMAND

FirstLight Power Resources Services, LLC hereby demands a trial by jury as to all issues and claims so triable.

Dated: November 19, 2020

The Plaintiff,
FIRSTLIGHT POWER RESOURCES SERVICES, LLC,
By Its Attorneys:

/s/ *Jeffrey E. Poindexter*
Jeffrey E. Poindexter, BBO 631922
Christopher St. Martin, BBO 704816
BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street – Suite 2700
P.O. Box 15507
Springfield, Massachusetts 01115
Telephone: (413) 781-2820
Facsimile: (857) 800-8249
jpoindexter@bulkley.com
cstmartin@bulkley.com